MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAN SINGH,<br><br>                    Plaintiff,<br><br>         v.<br><br>USCIS, ET. AL.,<br><br>                    Defendants. | CASE NO. 2:24-CV-03462-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY STAY |

    Defendants request to stay this case through November 21, 2025, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling his asylum office interview and adjudicating his pending asylum application, which he filed in June 2020.  USCIS has scheduled Plaintiff's asylum interview for July 24, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days of the interview.

*The remainder of this page is intentionally blank.*

1

The parties therefore stipulate that this matter be stayed through November 21, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  May 27, 2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ JOSEPH SIGUENZA
JOSEPH SIGUENZA
Counsel for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that this matter be stayed through November 21, 2025. All pending filing and case management deadlines are similarly vacated. The parties are ordered to provide a status report on or before November 21, 2025.

Dated:  May 28, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, sing.3462.24